In the Matter of the Application of HARRY G. FROMBERG, Committee of the Estate of ROBERT THOMPSON, an Incompetent Person, for a Refund of Excess Premiums Paid on Bonds Heretofore Filed. UNITED STATES FIDELITY AND GUARANTY COMPANY, Surety, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the

granting or final refusal by the Court of Appeals of leave to appeal, upon the filing by the United States Fidelity and Guaranty Company of the undertaking required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.